FILED'07 MAY 18 14:06USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**JOHN BRICHER**  CV # 06-6022-PK

    Plaintiff,

vs.

                                      ORDER FOR EAJA FEES

**MICHAEL ASTRUE**
**COMMISSIONER of Social Security**,

    Defendant.

---

Based on the Stipulation of the parties, the Court ORDERS the Commissioner to pay Plaintiff in care of Plaintiff's attorney $4,213.69 in EAJA fees and $275.00 in costs for a total of $4488.69.

It is so ORDERED.

DATED this 18th day of May, 2007

_____
United States Magistrate Judge

Prepared as to form
Alan Graf, OSB #92317
Attorney for Plaintiff